RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

MAY 18 2022

KEVIN WEIMER, Clerk
By: _____ Deputy Clerk



# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| **CHARLES LYONS** | ) |
| *Plaintiff,* | ) |
| | ) |
| **vs.** | ) |
| | ) |
| **ELITE STREET CAPITAL LLC.** | ) |
| *Defendant.* | ) |

1:22-CV-1991

## COMPLAINT

### I. NATURE OF ACTION

Plaintiff Charles Lyons brings this action under 28 U.S.C. § 1332. Defendant violated 41 US Code § 6503 by breach of contract. Defendant was under contractual obligation during lease in July 2019 to repair mold infected unit caused by the unit above the plaintiff's unit and defendant refused to do so materially breaching contract causing mold and mildew damage throughout the whole unit.

### II. JURISDICTION AND VENUE

This Court has jurisdiction over this action as diversity of citizenship under 28 U.S.C. § 1332 as the Plaintiff lives in the State of Georgia and the defendant is incorporated under the laws of the State of Texas and principal place of business is the State of Texas. This Court has the authority to grant relief pursuant to 28 U.S.C. § 1322. Venue is proper under 28 U.S. Code § 1391.

### III. PARTIES

1. Plaintiff Charles Lyons, 1513 Jasmine Parkway Alpharetta, GA 30022.

2. Defendant Elite Street Capital LLC headquartered at 2100 West Loop South Suite 1450 Houston, TX Texas 77027.

### IV. FACTS

In July 2019, Plaintiff states he sent a maintenance request by electronic submission at the resident portal at The Fields Retreat Peachtree managed and owned by Elite Street Capital LLC. The roof in the bathroom had caved in due to running water from the unit above the Plaintiffs. The Defendant refused to respond and the Plaintiff put in additional requests to have this issue fixed which were ignored. The water damage caused toxic mold and mildew to set in throughout the whole unit. The unit eventually had to be gutted down to the studs and everything inside had to be thrown away. The Plaintiff also became ill due to the toxic mold exposure.

## V. STATEMENT OF CLAIMS

Failure to respond to request under contractually binding agreement to fix necessary repairs.

Defendants failed to not leave Plaintiff exposed to toxic mold and mildew cause by the Defendants' negligence, putting Plaintiffs' health at risk.

## PRAYER FOR RELIEF

WHEREFORE, the Plaintiffs request that this Court:
(a) Expedite its consideration of this action pursuant to 28 U.S.C. § 1332;
(b) Find that Defendants' failure to respond put Plaintiff under exposure to toxic mold and mildew;
(c) Grant such other relief as the Court may deem just and proper;

Respectfully Submitted,

Charles Lyons
1513 Jasmine Parkway
Alpharetta, GA 30022

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**RECEIVED IN CLERK'S OFFICE**
U.S.D.C. - Atlanta

MAY 18 2022

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

# UNITED STATES DISTRICT COURT

for the

Northern District of Georgia

Atlanta Division

|  |  |
|---|---|
| Charles Lyons | ) |
| | ) |
| *Plaintiff(s)* | ) |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) |
| *please write "see attached" in the space and attach an additional* | ) |
| *page with the full list of names.)* | ) |
| **-v-** | ) |
| | ) |
| | ) |
| | ) |
| Elite Street Capital LLC | ) |
| | ) |
| *Defendant(s)* | ) |
| *(Write the full name of each defendant who is being sued. If the* | ) |
| *names of all the defendants cannot fit in the space above, please* | ) |
| *write "see attached" in the space and attach an additional page* | ) |
| *with the full list of names.)* | ) |

Case No. _____

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*   ☐ Yes   ☐ No

## COMPLAINT FOR A CIVIL CASE

I.     **The Parties to This Complaint**

   A.     **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Charles Lyons |
   | Street Address | 1513 Jasmine Parkway |
   | City and County | Alpharetta Fulton |
   | State and Zip Code | GA, 30022 |
   | Telephone Number | 678-516-1528 |
   | E-mail Address | a481977@gmail.com |

   B.     **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Elite Street Capital LLC |
| Job or Title *(if known)* | |
| Street Address | 2100 WEST LOOP SOUTH SUITE 1450 |
| City and County | Houston Harris |
| State and Zip Code | Texas 77027 |
| Telephone Number | 713-987-4780 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**II.    Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question          ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.    If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

**B.    If the Basis for Jurisdiction Is Diversity of Citizenship**

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)*  Charles Lyons                                        , is a citizen of the State of *(name)*  Georgia                                        .

b.    If the plaintiff is a corporation

The plaintiff, *(name)*                                        , is incorporated under the laws of the State of *(name)*                                        and has its principal place of business in the State of *(name)*                                        .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)*                                        , is a citizen of the State of *(name)*                                        . Or is a citizen of *(foreign nation)*                                        .

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

        The defendant, *(name)*   Elite Street Capital LLC   , is incorporated under

        the laws of the State of *(name)*   Texas   , and has its

        principal place of business in the State of *(name)*   Texas   .

        Or is incorporated under the laws of *(foreign nation)*   ,

        and has its principal place of business in *(name)*   .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

2,500,000

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Defendant violated 41 US Code § 6503 by breach of contract. Defendant was under contractual obligation during lease in 07/19 to repair mold infected unit caused by the unit above the plaintiff's unit and defendant refused to do so causing mold and mildew damage throughout the whole unit.

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Mold and mildew damage spread throughout the unit and the unit had to be gutted down to the studs to remidiate the damage. Everything in the unit had to be thrown out due to the extensive damage. Defendant did not honor contractual obligation to repair the damage and proper mold mediation.

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:        05/04/2022

Signature of Plaintiff        Charles Lyons
Printed Name of Plaintiff

### B.    For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address