
FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
DEC 27 2022
KEVIN P. WEIMER, Clerk
By: ___ Deputy Clerk

CHARLES LYONS,

    Plaintiff,

V.

    CIVIL ACTION FILE
    NO. 1:22-CV-1991-MHC

YEHONOTAN SADE,
SADE CAPITAL,
VERO SADE
    Defendants.

## AMENDED COMPLAINT

### I. NATURE OF ACTION

Plaintiff Charles Lyons brings this action under 28 U.S.C. § 1332. Defendant(s) violated 41 US Code § 6503 by breach of contract. Defendant was under contractual obligation during lease in July 2019 to repair mold infected unit caused by the unit above the plaintiffs unit and defendant refused to do so materially breaching contract causing mold and mildew damage throughout the whole unit.

### II. JURISDICTION AND VENUE

This Court has jurisdiction over this action as diversity of citizenship under 28 U.S.C. § 1332 as the Plaintiff lives in the State of Georgia and the defendant(s) are incorporated under the laws of the State of Texas and principal place of business is the State of Texas. This Court has the authority to grant relief pursuant to 28 U.S.C. § 1322. Venue is proper under 28 U.S. Code§ 1391.

### III. PARTIES

1. Plaintiff Charles Lyons, 1513 Jasmine Parkway Alpharetta, GA 30022.

2. Defendant Yehonotan Sade, 1600 Brittmoore Road Houston, TX 77043.

3. Defendant Sade Capital headquartered at 1600 Brittmoore Road Houston, TX 77043.

4. Defendant Vero Sade headquartered at 1600 Brittmoore Road Houston, TX 77043.

## IV. FACTS

In July 2019, Plaintiff states he sent a maintenance request by electronic submission at the resident portal at The Fields Retreat Peachtree managed and owned by Elite Street Capital LLC, which is now Sade Capital owned by Yehonotan Sade. The roof in the bathroom had caved in due to running water from the unit above the Plaintiffs'. The Defendant refused to respond and the Plaintiff put in additional requests to have this issue fixed which were ignored. The water damage caused toxic mold and mildew to set in throughout the whole unit. The unit eventually had to be gutted down to the studs and everything inside had to be thrown away. The Plaintiff also became ill due to the toxic mold exposure.

## V. STATEMENT OF CLAIMS

Defendants' failure to respond to the request under contractually binding agreement to fix necessary repairs. Defendants failed to not expose Plaintiff to toxic mold and mildew cause by the Defendants' negligence, putting Plaintiffs' health at risk.

## PRAYER FOR RELIEF

WHEREFORE, the Plaintiffs request that this Court:
(a) Expedite its consideration of this action pursuant to 28 U.S.C. § 1332;
(b) Find that Defendants' failure to respond put Plaintiff under exposure to toxic mold and mildew;
(c) Grant such other relief as the Court may deem just and proper;

Respectfully submitted,

Charles Lyons
1513 Jasmine Parkway
Alpharetta, GA 30022

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CHARLES LYONS,

    Plaintiff,

V.

                               CIVIL ACTION FILE
                               NO. 1:22-CV-1991-MHC

SADE CAPITAL et al,
    Defendants.

## CERTIFICATE OF SERVICE

I hereby certify that on this day December 21, 2022 a copy of the foregoing document was this date served upon the defendant by depositing it in the mail, postage paid, and sent to their last known address as following:

Elite Street Capital LLC/Sade Capital
1600 Brittmoore Road
Houston, TX 77043


Respectfully submitted,

*[signature]*

Charles Lyons
1513 Jasmine Parkway
Alpharetta, GA 30022

| | |
|---|---|
| **U.S. Department of Justice**<br>United States Marshals Service | **PROCESS RECEIPT AND RETURN**<br>See "*Instructions for Service of Process by U.S. Marshal*" |

| PLAINTIFF<br>Charles Lyons | COURT CASE NUMBER<br>1:22-CV-1991-MHC |
|---|---|
| DEFENDANT<br>Sade Capital | TYPE OF PROCESS<br>Summons |

**SERVE AT**
- NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
  Sade Capital
- ADDRESS (*Street or RFD, Apartment No., City, State and ZIP Code*)
  1600 Brittmoore Road Houston, TX 77043

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Charles Lyons
1513 Jasmine Parkway
Alpharetta, GA 30022

| | |
|---|---|
| Number of process to be served with this Form 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service*):

Fold                                                                                     Fold

phone: 324-254-8130
email: info@verosade.com, yoni.sade@verosade.com,

Signature of Attorney other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT

TELEPHONE NUMBER: 678-516-1528   DATE: 12/21/22

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated.<br>(*Sign only for USM 285 if more than one USM 285 is submitted*) | Total Process | District of Origin<br>No. ____ | District to Serve<br>No. ____ | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (*See remarks below*)

| Name and title of individual served (*if not shown above*) | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|

| Address (*complete only different than shown above*) | Date | Time | ☐ am<br>☐ pm |
|---|---|---|---|
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | $0.00 |

REMARKS:

---

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

Charles Lyons
1513 Jasmine Pkwy
Alpharetta, GA 30022

ATLANTA METRO 301
22 DEC 2022 PM 4 L




Clerk of Court
2211 United States Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303-3309

CLEARED DATE

DEC 27 2022

U.S. Marshals Service
Atlanta, GA 30303

30303-333025