UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CHARLES LYONS,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>YEHONOTAN SADE, SADE CAPITAL, and VERO SADE.<br><br>　　　　　Defendants. | CIVIL ACTION FILE<br><br>NO 1:22-cv-01991-MHC |

## J U D G M E N T

This action having come before the Court, Honorable Mark H. Cohen, United States District Judge, for consideration of Defendants' Motion to Dismiss, and the Court having granted said motion, it is

**Ordered and Adjudged** that Plaintiff's Complaint is **DISMISSED.**

Dated at Atlanta, Georgia, this 18th day of December, 2023.

　　　　　　　　　　　　　　　　　　KEVIN P. WEIMER
　　　　　　　　　　　　　　　　　　CLERK OF COURT

　　　　　　　　　　　　　　By:　/s/ T. Frazier
　　　　　　　　　　　　　　　　　Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
December 18, 2023
Kevin P. Weimer
Clerk of Court

By:　/s/ T. Frazier
　　　Deputy Clerk